UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UBS SECURITIES LLC,

                Petitioner,         20cv217 (JGK)

      - against -               <u>ORDER</u>

VANESSA PROWSE,

                Respondent.

---

**JOHN G. KOELTL, District Judge:**

The Clerk is directed to seal the docket entries in this case temporarily pending the parties' submissions of the papers in this case in redacted form. The parties are directed to file redacted papers not under seal by the end of the day on **January 24, 2020** along with any letters concerning disputes between the parties about the scope of redactions. The Clerk is directed to close Docket No. 15.

**SO ORDERED.**

Dated:    New York, New York
            January 23, 2020

                                          John G. Koeltl
                                   **United States District Judge**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1-24-20