UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UBS SECURITIES LLC,

            Petitioner,

- against -

VANESSA PROWSE,

           Respondent.

---

20cv217 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The temporary restraining order issued by the Court on January 10, 2020 is extended until **January 28, 2020** for good cause pursuant to Federal Rule of Civil Procedure 65(b)(2). The extension is warranted to allow the Court to consider the motion for a preliminary injunction and the petition to compel arbitration. The temporary restraining order is warranted for the reasons explained on the record at the hearing on January 9, 2020.

SO ORDERED.

Dated:    New York, New York
          January 23, 2020

                                       John G. Koeltl
                                  United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#_____
DATE FILED: 1-24-20