

**Kimberley E. Lunetta**
Of Counsel
+1.212.309.6656
kimberley.lunetta@morganlewis.com

January 9, 2020

**VIA ECF AND HAND DELIVERY**

Vanessa Prowse

Re:     *UBS Securities LLC v. Vanessa Prowse,* Case No. 20-CV-00217 (SDNY)(JK)

Dear Ms. Prowse:

We represent Petitioner UBS Securities LLC ("UBS") in the above-referenced matter.  In accordance with the instructions of Don Fletcher, Court Clerk, we are providing you with notice that **tomorrow, January 10, 2020, at 2:30 pm** at the Daniel Patrick Moynihan Courthouse, 500 Pearl St., New York, NY, Courtroom 14A, the Honorable John Koetl, USDJ will hear arguments by the parties on UBS's enclosed Order to Show Cause for a Preliminary Injunction and Temporary Restraining Order enjoining you from pursuing a claim for employment discrimination or retaliation in any forum outside of arbitration.  Enclosed is a copy of the following:

- Order to Show Cause for a Preliminary Injunction and Temporary Restraining Order;
- Civil Cover Sheet;
- Petition to Compel Arbitration
- Declaration of Kimberley E. Lunetta, Esq.
- Declaration of Joanne Cafarchio and Exhibits 1 through 5 attached thereto;
- Memorandum of Law;
- Fed. R. Civ. P. 7.1 Statement.

**Morgan, Lewis & Bockius** LLP

101 Park Avenue
New York, NY  10178-0060          T +1.212.309.6000
United States                                    F +1.212.309.6001

Vanessa Prowse
January 9, 2020
Page 2

We will also file this letter via ECF, as instructed by the Court.

Sincerely,

*Kimberley Lunetta*

Kimberley E. Lunetta