# Morgan Lewis

> *Application granted. The enclosed redacted documents should be substituted by the Clerk for the original unredacted documents in the Court file. The original documents can be filed under seal. The redactions are very limited and the Court did not rely on the redacted material. The redacted material is plainly personal and confidential. So ordered.*
>
> *John G. Koeltl*
> *U.S.D.J.*
> *1/27/20.*

**Dana A. Brady**
Associate
+1.212.309.6196
Dana.brady@morganlewis.com

January 24, 2020

**VIA ECF**

Hon. John G. Koeltl
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 14A
New York, NY 10007-1312

Re: **_UBS Securities LLC v. Vanessa Prowse_, Case No. 20-CV-00217 (SDNY)(JK)**

Dear Judge Koeltl,

We represent Petitioner UBS Securities LLC ("UBS") in the above-referenced matter. We write with Respondent's consent. In accordance with Your Honor's January 24, 2020 Order (DKT No. 19), the parties have conferred and come to an agreement regarding proposed redactions to several filings on the docket. Enclosed, please find the following redacted documents, which the parties respectfully request replace the existing unredacted documents filed on the docket:

- Petition to Compel Arbitration (DKT No. 1);

- Civil Cover Sheet (DKT No. 2);

- January 9, 2020 Letter to Respondent (DKT No. 3);

- Declaration of Joanna Cafarchio ("Cafarchio Decl.") (DKT No. 11);

- Cafarchio Decl., Exhibit 1 (DKT No. 11-1);

- Cafarchio Decl., Exhibit 3 (DKT No. 11-3);

- Cafarchio Decl., Exhibit 4 (DKT No. 11-4);

- Cafarchio Decl., Exhibit 5 (DKT No. 11-5);

- Notice of Motion to Dismiss the Petition to Compel Arbitration (DKT No. 13);

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: __1·27·20__

**Morgan, Lewis & Bockius LLP**

101 Park Avenue
New York, NY 10178-0060         ☏ +1.212.309.6000
United States                    ℻ +1.212.309.6001

Hon. John G. Koeltl
January 24, 2020
Page 2

- Notice of Cross-motion for Compensation Order (DKT No. 14); and

- Notice of Cross-motion for Leave to Permanently Seal the Court File (DKT No. 15).

Thank you for your consideration of this matter.

Respectfully submitted,


/s/ Dana A. Brady
Dana A. Brady

*Copy mailed to pro se respondent at email address.*